**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANGEL COSME,**

                    **Plaintiff,**

**-vs-**                                          **Case No.  6:06-cv-1901-Orl-22JGG**

**THE PALMS HOTEL & VILLAS, LLC,**
**and M&M ENTERPRISES, INC.,**

                    **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:** **MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT M&M ENTERPRISES, INC. (Doc. No. 8)**
>
> **FILED:** **January 19, 2007**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff seeks entry of Clerk's default against Defendant M&M Enterprises, Inc. Docket No. 8. In the motion, Plaintiff states that Defendant was served with "a copy of the Summons and Complaint" on December 27, 2006. *Id.* at 1. As support for the motion, Plaintiff submitted an affidavit of service in which the process server states that he served a "copy of the summons" on the registered agent for Defendant. Docket Nos. 8-2, 9.

Federal Rule of Civil Procedure 4 provides that a summons shall be served "together with a copy of the complaint" and that the plaintiff is "responsible for service of a summons and complaint

within the time allowed" for service. Fed. R. Civ. P. 4(c). Federal Rule of Civil Procedure 55(a) states that the Clerk shall enter default against a party who has failed to plead or otherwise defendant and when "that fact is made to appear by affidavit or otherwise." Fed. R. Civ. P. 55(a).

The affidavit of service merely shows that Defendant's registered agent was served with a summons. Accordingly, it is **ORDERED** that Plaintiff's Motion for Entry of Clerk's Default [Docket No. 8] is **DENIED** without prejudice to refile proof of service of a summons *and* complaint on Defendant M&M Enterprises, Inc.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2007.

JAMES G. GLAZEBROOK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties